## Commonwealth *v.* Carr, Appellant.

Argued November 20, 1973. Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Gilbert E. Toll,* for appellant.

*Maxine J. Stotland,* Assistant District Attorney, with her *Harold K. Don, Jr.* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 25, 1974:
The court being evenly divided, the judgment of sentence is affirmed.
Mr. Chief Justice JONES took no part in the consideration or decision of this case.